IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BK NO. 12-07242 RNO |
| William F. Newhart, | Chapter 13 |
| aka William Newhart, | |
| dba Newhart Chiropractic Center | |
| and | |
| Maureen P. Newhart, | |
| Aka Maureen Newhart | |
| **Debtor** | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of M&T BANK, and index same on the master mailing list.

            Respectfully submitted,

            **/s/James C Warmbrodt**
            James C. Warmbrodt, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322 FAX (215) 627-7734
            Attorney for Movant/Applicant