# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William F. Newhart,<br>    aka William Newhart,<br>    dba Newhart Chiropractic Center<br>    &<br>Maureen P. Newhart,<br>    aka Maureen Newhart<br><br>        Debtor(s) | BK NO. 12-07242 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

                                              Respectfully submitted,


                                                **/s/James C. Warmbrodt, Esquire**
                                                James C. Warmbrodt, Esquire
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA  19106
                                                412-430-3594