# TULLIO DeLUCA
### ATTORNEY-AT-LAW
381 N. 9ᵀᴴ STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

April 2, 2018

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: **William F Newhart & Maureen Newhart**
              **Chapter 13 Bankruptcy**
              **Case No. 5-12-07242**

Dear Sir/Madam:

    I have received returned mail for NCMIC , a creditor in the above-captioned bankruptcy. The incorrect address the mail was sent to was: PO BOX 10351 Des Moines, IA 50306-0351. Please be advised the correct information is as follows:

NCMIC INSURANCE
14001 UNIVERSITY AVE
CLIVE, IOWA 50325

I served the Order of Discharge at the above address on April 2, 2017.Please correct the mailing matrix.

    Thank you for assistance in this matter.

                Very truly yours,


                /s/ Tullio DeLuca, Esquire

TD/th