**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9TH STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

April 4, 2018

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: **William F & Maureen P. Newhart**
              **Chapter 13 Bankruptcy**
              **Case No. 5-12-07242**

Dear Sir/Madam:

    I have received returned mail for Bon Ton, a creditor in the above-captioned bankruptcy. The incorrect address the mail was sent to was: PO Box 5893 Carol Stream, IL 60197-5893. Please be advised the correct information is as follows:

**BON TON RETAIL SERVICES**
Po Box 15521
**CAROL STREAM, IL 60197**

I served the Order of Discharge at the above address on April 4, 2018. Please correct the mailing matrix.

    Thank you for assistance in this matter.

                      Very truly yours,

                      /s/ Tullio DeLuca, Esquire

TD/th